UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TONY HOYOS HERNANDEZ, et al., | ) )  ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) | 
| KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, et al., | ) ) ) ) ) |
| Defendants. | ) ) ) |

Civil Action No. 25-2344 (RBW)

## ORDER

In accordance with the Court's oral rulings issued at the scheduling conference held on July 28, 2025, it is hereby

**ORDERED** that the Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, ECF No. 2, is **HELD IN ABEYANCE**. It is further

**ORDERED** that, on or before August 29, 2025, the defendants shall file their combined motion to dismiss and opposition to the plaintiffs' motion for emergency relief. It is further

**ORDERED** that, on or before September 26, 2025, the plaintiffs shall file a combined reply in support of their motion for emergency relief and opposition to the defendants' motion to dismiss. It is further

**ORDERED** that, on or before October 10, 2025, the defendants shall file a reply in support of their motion to dismiss. It is further

**ORDERED** that, on January 23, 2026, at 9:30 a.m., the parties shall appear for a status conference. The parties shall appear before the Court for the status conference, via teleconference, by calling 646-828-7666, entering Meeting ID 161 591 8885 followed by the

pound key (#), and then entering the Passcode 984979 followed by the pound key (#).  It is further

**ORDERED** that based on counsel for the defendants' representation that there are no current plans to take any action to change the plaintiffs' current statuses, that if the defendants intend to detain the plaintiffs or otherwise change their removal statuses before the next scheduled status conference, the defendants shall forthwith notify the Court in writing of the change of their position.  It is further

**ORDERED** that the Clerk of the Court shall forthwith mail a copy of this Order to the plaintiffs' addresses of record.

**SO ORDERED** this 28th day of July, 2025.

REGGIE B. WALTON
United States District Judge