# FORMAL NOTICE OF COURT ORDER
*Case: HERNANDEZ et al. v. NOEM et al.*
*United States District Court for the District of Columbia*
*Case No. 1:25-cv-02344-RBW*
*Date of Notification: July 24, 2025*

**TO THE DEFENDANT:**

- **Kristi Noem, el al.**

You are hereby formally notified of the full content of the Minute Order issued on July 22, 2025, by the Honorable Judge Reggie B. Walton in the above-captioned matter, as ordered by the Court.

## FULL TEXT OF THE MINUTE ORDER:

**MINUTE ORDER:**

To ensure the expeditious resolution of the [2] Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, it is hereby ORDERED that, on or before July 25, 2025, at 5:00 p.m., counsel for the defendants shall enter a notice of appearance in this case.

It is further ORDERED that, on July 28, 2025, at 10:00 a.m., the parties shall appear before the Court for a scheduling conference, via teleconference, by calling 646-828-7666, entering Meeting ID 161 591 8885, followed by the pound key (#), and then entering the Passcode 984979, followed by the pound key (#).

The parties shall be prepared to discuss a briefing schedule and the scheduling of a motion hearing on the plaintiffs' motion for a temporary restraining order and preliminary injunction.

It is further ORDERED that the plaintiffs shall forthwith notify the defendants of the contents of this Minute Order.

It is further ORDERED that the Clerk of the Court shall forthwith e-mail a copy of this Minute Order to the plaintiffs' e-mail addresses on record.

Signed by Judge Reggie B. Walton on July 22, 2025. (lcrbw2)

**COMPLIANCE WITH NOTIFICATION ORDER:**

This document is delivered in strict compliance with the above judicial order, which mandates that the plaintiffs promptly inform the defendants of the contents of said Minute Order.

# Notice of Court Order – Civil Action No. 1:25-cv-02344-RBW

From : tony.hoyos8789@gmail.com
To : usadc-servicecivil@usdoj.gov

Jul 24, 2025 at 9:30 AM

To Whom It May Concern,

This notice is provided pursuant to the United States District Court's directive in Civil Action No. 1:25-cv-02344-RBW. In compliance with the Court's Minute Order entered on July 22, 2025, the undersigned plaintiffs hereby notify you of the contents of that order, as follows:

―――

MINUTE ORDER (entered July 22, 2025):

To ensure the expeditious resolution of the [2] Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, it is hereby ORDERED that, on or before July 25, 2025, at 5:00 p.m., counsel for the defendants shall enter a notice of appearance in this case.

It is further ORDERED that, on July 28, 2025, at 10:00 a.m., the parties shall appear before the Court for a scheduling conference, via teleconference, by calling 646-828-7666, entering Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#).

The parties shall be prepared to discuss a briefing

schedule and the scheduling of a motion hearing on the plaintiffs' motion for a temporary restraining order and preliminary injunction.

It is further ORDERED that the plaintiffs shall forthwith notify the defendants of the contents of this Minute Order.

It is further ORDERED that the Clerk of the Court shall forthwith e-mail a copy of this Minute Order to the plaintiffs' e-mail addresses on record.

Signed by Judge Reggie B. Walton on July 22, 2025.

———

This notice is submitted solely in compliance with the above Court Order.

We respectfully request written confirmation of receipt of this notice as soon as possible.

Respectfully submitted,

Danis Ely Romero Hernandez
Greicel Ávila Leyva
Tony Hoyos Hernández

**Formal Notice of Service in Compliance with DHS Court Order Dated March 18, 2020**

Pursuant to the notice issued by the U.S. Department of Homeland Security, Office of the General Counsel, dated March 18, 2020, and available at https://www.dhs.gov/office-general-counsel, advising that personal service of process upon the Department or its personnel in their official capacity is not accepted due to COVID-19-related staffing conditions, service must be completed via registered or certified mail and additionally emailed to the official address provided for such purposes.

In full compliance with this administrative directive and in accordance with Federal Rule of Civil Procedure 4(i)(2), on July 24, 2025, at 8:48 PM, a formal notice of court order and service documents in the matter of:

HERNANDEZ et al. v. NOEM et al.

United States District Court for the District of Columbia

Case No. 1:25-cv-02344-RBW

were sent via email to the U.S. Department of Homeland Security, Office of the General Counsel, at the official address: OGC@hq.dhs.gov. The sender address was snotarys@gmail.com, associated with the party conducting service. The subject line clearly stated "FORMAL NOTICE OF COURT ORDER", and the contents of the email included the appropriate court documents in compliance with the above-cited DHS directive.

A copy of the email and metadata has been retained as proof of electronic service in the record.



Snotary services <snotarys@gmail.com>

---

## FORMAL NOTICE OF COURT ORDER

**Snotary services** <snotarys@gmail.com>  
Para: <OGC@hq.dhs.gov>

jue, jul 24, 8:48 p.m.

*Case: HERNANDEZ et al. v. NOEM et al.*  
*United States District Court for the District of Columbia*  
*Case No. 1:25-cv-02344-RBW*

*Date of Notification: July 24, 2025*

## TO THE DEFENDANT:

- **Kristi Noem, el al.**

You are hereby formally notified of the full content of the Minute Order issued on July 22, 2025, by the Honorable Judge Reggie B. Walton in the above-captioned matter, as ordered by the Court.

### FULL TEXT OF THE MINUTE ORDER:

## MINUTE ORDER:

To ensure the expeditious resolution of the [2] Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, it is hereby ORDERED that, on or before July 25, 2025, at 5:00 p.m., counsel for the defendants shall enter a notice of appearance in this case.

It is further ORDERED that, on July 28, 2025, at 10:00 a.m., the parties shall appear before the Court for a scheduling conference, via teleconference, by calling 646-828-7666, entering Meeting ID 161 591 8885, followed by the pound key (#), and then entering the Passcode 984979, followed by the pound key (#).

The parties shall be prepared to discuss a briefing schedule and the scheduling of a motion hearing on the plaintiffs' motion for a temporary restraining order and preliminary injunction.

It is further ORDERED that the plaintiffs shall forthwith notify the defendants of the contents of this Minute Order.

It is further ORDERED that the Clerk of the Court shall forthwith e-mail a copy of this Minute Order to the plaintiffs' e-mail addresses on record.

Signed by Judge Reggie B. Walton on July 22, 2025. (lcrbw2)

## COMPLIANCE WITH NOTIFICATION ORDER:

This document is delivered in strict compliance with the above judicial order, which mandates that the plaintiffs promptly inform the defendants of the contents of said Minute Order.

## PROOF OF SERVICE

**Case Number:** 1:25-cv-02344-RBW

These are the proofs of service of the Minute Order issued on **July 22, 2025** in the above-captioned case.

## FORMAL ACKNOWLEDGMENT OF RECEIPT

Please complete and sign this acknowledgment upon receiving this notice. This document should be retained as formal evidence of delivery pursuant to applicable procedural rules.

I, the undersigned, hereby acknowledge receipt of a full and complete copy of the Minute Order dated July 22, 2025, issued in the civil matter *Hernandez et al. v. Noem et al.*, Case No. 1:25-cv-02344-RBW.

- **Full Name of Recipient:** Shadae Beaver
- **Title or Legal Capacity (if applicable):** Paralegal Specialist
- **Signature:** Shadae Beaver
- **Agency / Entity:** USAO-DC
- **Date of Receipt:** 7/24/25
- **Time of Receipt (optional):** _____