<pre>
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
 2

 3   TONY HOYOS HERNANDEZ, et al.,
                                      Civil Action No.
 4            Plaintiffs,             1:25-cv-2344

 5        vs.                         Washington, DC
                                      July 28, 2025
 6   KRISTI NOEM, et al.,
                                      9:57 a.m.
 7            Defendants.
     _____/
 8

 9        TRANSCRIPT OF TELEPHONIC SCHEDULING CONFERENCE
           BEFORE THE HONORABLE REGGIE B. WALTON
10              UNITED STATES DISTRICT JUDGE

11
     APPEARANCES:
12

13   For Plaintiff Tony        TONY HOYOS HERNANDEZ
     Hoyos Hernandez:          3129 W. 72 Terra
14   (Pro Se)                  Hialeah, FL 33018

15   For Plaintiff Danis       DANIS ELY ROMERO HERNANDEZ
     Ely Romero Hernandez:     3 Hemlock Radial Pass, Unit 1
16   (Pro Se)                  Ocala, FL 34472

17
     For Plaintiff Greicel     GREICEL AVILA LEYVA
18   Avila Leyva:              1961 Golden Gate Blvd E.
     (Pro Se)                  Naples, FL 34120
19

20   For the Defendants:       DIANA VIGGIANO VALDIVIA
                               DOJ-USAO (Civil Division)
21                             601 D Street, NW
                               Washington, DC 20530
22

23   Court Reporter:           JEFF HOOK
                               Official Court Reporter
24                             U.S. District & Bankruptcy Courts
                               333 Constitution Avenue, NW
25                             Washington, DC 20001
</pre>

1                    **P R O C E E D I N G S**

2          **DEPUTY CLERK:**  This is civil action 25-2344, Tony

3    Hoyos Hernandez, et al., vs. Kristi Noem, et al.  May I have

4    the parties identify yourselves for the record, beginning

5    with the plaintiffs.

6          **MR. ROMERO:**  Good morning, my name is Danis

7    Romero.

8          **THE COURT:**  Good morning.

9          **MR. HERNANDEZ:**  Good morning, my name is Tony

10   Hoyos Hernandez.

11         **THE COURT:**  Good morning.

12         **MR. LEYVA:**  Good morning, my name is Greicel Avila

13   Leyva.

14         **THE COURT:**  Good morning.  All three of you are

15   representing yourselves; is that correct?

16         **MR. HERNANDEZ:**  Yes, Your Honor.

17         **MR. ROMERO:**  Correct.

18         **THE COURT:**  And we have somebody representing the

19   government?

20         **MS. VALDIVIA:**  Good morning, Your Honor.

21   Assistant United States Attorney Diana Valdivia on behalf of

22   the government defendants.

23         **THE COURT:**  Good morning.  The plaintiffs have

24   filed a motion for a TRO and a PI.  Has the government had

25   an opportunity to respond to that?

1          **MS. VALDIVIA:**  Your Honor, the government was

2     never served with the complaint in this matter.  However, we

3     did receive a copy of Your Honor's order scheduling this

4     status conference, and we did -- were able to pull a copy of

5     the complaint off the docket on Friday after we entered our

6     appearances in this matter.  We had the weekend to confer

7     with agency clients to receive a brief update on this

8     matter.  However, we've really only had the weekend to look

9     at the allegations in the complaint.

10          **THE COURT:**  So are you alleging at this point that

11     the Court can't go forward because you haven't been

12     appropriately served?

13          **MS. VALDIVIA:**  Well, although we have not been

14     properly served, we would propose setting a date for the

15     government -- the government intends to move to dismiss this

16     matter and in the alternative transfer venue.  We would

17     propose that we respond to the PI and TRO motion opposing

18     that at the same time as filing a motion to dismiss or in

19     the alternative transfer, and we would propose a date for

20     doing that.  Even though we have not yet been properly

21     served, we would move forward with the motion to dismiss at

22     this stage.

23          **THE COURT:**  And how much time do you need to file

24     all those submissions?

25          **MS. VALDIVIA:**  We would request 30 days.  However,

1    if that doesn't work for any reason, we could try to do it

2    sooner than that, Your Honor.

3              **THE COURT:**  So what's your position going to be in

4    reference to the TRO and the PI pending your submission?  I

5    mean, is any action going to be taken against the plaintiffs

6    that they're challenging?

7              **MS. VALDIVIA:**  I'm not aware of any plans at this

8    time to detain the plaintiffs.  My understanding, from the

9    allegations in the complaint, is that the harm that they are

10   alleging is the possibility of future detention.  My

11   understanding, from my discussions with agency counsel over

12   the weekend, is that none of the three plaintiffs are

13   currently being detained, they are all currently in removal

14   proceedings.  And the deadlines -- or the next scheduled

15   dates in their various hearings are in 2026 and 2027.  The

16   next scheduled master calendar hearing for Danis Hernandez

17   is, as I understand it, February 17th, 2026; and for the

18   other two plaintiffs, a master calendar hearing in

19   March 2026 and a next hearing date in front of an IJ in

20   Miami in November of 2027.  I've not been made aware of any

21   plans for -- imminent plans for detention, which, in my

22   understanding, is the harm that the plaintiffs are alleging.

23              We would argue, in opposition to the emergency

24   motion, that there's no likelihood of success on the merits

25   in this matter for a number of reasons, which I can preview

1  for Your Honor.  But there's also no irreparable harm

2  alleged because there's just a speculative fear of future

3  detention with no allegations supporting why these

4  plaintiffs, as opposed to any other individuals who are in

5  removal proceedings in the United States, would be subject

6  to immediate detention.

7       THE COURT:  I would tend to agree with what you

8  indicated, but I guess the concern I have -- and I don't in

9  any way suggest that the government is not being forthright,

10 but if the situation changed and the department decided to

11 go forward, what's your position as to what, if anything, I

12 should do in reference to that?

13      MS. VALDIVIA:  Your Honor, if the -- any of the

14 plaintiffs were to be detained, there would be due process

15 provided in connection with those detention and removal

16 proceedings, and they would be able to receive that due

17 process in front of an immigration judge in either the

18 middle district or southern district of Florida where they

19 reside.

20      THE COURT:  Okay.  Anything from the plaintiffs

21 regarding what you just heard?

22      MR. ROMERO:  My name is Danis Romero.  We know,

23 Your Honor, that there have been many situations with people

24 like us, the plaintiffs, people with I-220As just like us,

25 that have just been detained by a regular traffic stop and

1  then the law enforcement office called ICE and they are

2  being detained because of it.  So anytime we are in danger

3  of being detained by ICE.  Myself, I have to report to ICE

4  on August 12th.  I'm actually afraid that I can be detained

5  and have to continue my process in detention in Alcatraz

6  Alligator, as many of us that's still happened.

7        We know that there have been even cases of people

8  being detained at their courts.  They call their cases in

9  court, they dismiss their cases.  And immediately after that

10  happens, there are ICE officials in the room, maybe many

11  times with plainclothes, and people are being detained and

12  taken away in front of their families.  So it might not be

13  an immediate threat, as the lawyer said, but we know that

14  there is because we can be detained at any time.

15        **THE COURT:**  And in reference to the three of you,

16  what is your immigration status?  Do you have green cards?

17  I mean, what is your status in the United States?

18        **MR. ROMERO:**  We are soliciting.  We are applicants

19  for admission.  We're applicants for admission.  Our status

20  is -- was misclassified as I-220A.  We should be -- we

21  should have been classified and released under section 235

22  and released under -- with parole -- 212(d)(5), but the

23  process wasn't made right by the government, by ICE.  We

24  were misclassified based on -- we have an explanation for

25  that.  And because of it, we can't get access to the Cuban

1    Adjustment Act, and we already will have been on green card.

2    But because of that, we are not able to so far.  So that's

3    like the base of our lawsuit.

4            **THE COURT:**  And how long have you all been in the

5    United States?

6            **MR. ROMERO:**  Myself, for over three years.  In the

7    case of Mr. Hoyos Hernandez, it's over three years, too.

8    And Greicel Avila is almost -- is going to be almost three

9    years this month -- or next month.

10           **MR. HERNANDEZ:**  Excuse me, Your Honor?

11           **THE COURT:**  Yes.

12           **MR. HERNANDEZ:**  My name is Tony Hoyos.  I'm about

13   three years and a half here in the States, and I want to

14   add, if it is possible, that we plaintiffs are Cuban

15   nationals.  We were apprehended and detained by DHS and ICE

16   without formal charges or lawful removal orders.  Despite

17   entering the U.S. under conditions that trigger INA section

18   235 or section 287 processing, they were instead improperly

19   processed -- I mean, we were instead improperly processed

20   and released under INA section 236 via fabricated I-220A

21   forms.  This misclassification deprives us of lawful parole

22   under INA section 212(d)(5), plus eligibility under the

23   Cuban Adjustment Act and subjects us to arbitrary detention

24   and removal without due process.

25           Without judicial interventions, we plaintiffs face

1    serious and immediate harm, including detention, loss of

2    legal remedies and irreparable psychological trauma.  That's

3    what I wanted to quote to Your Honor.

4         **THE COURT:**  What is your concern -- assuming ICE

5    did take action and you were -- well, I understand your

6    concern about being at the detention facility in the

7    Everglades.  But what is your concern about if you're sent

8    to Cuba as to what harm, if any, you would suffer if that

9    happens?

10        **MR. HERNANDEZ:**  My concern is -- well, we're

11   concerned of retaliation.  We have fear of retaliation if we

12   are processed.  For example, if we go to work, we can be

13   detained.  In a single small -- I mean, in a small accident,

14   we can be -- you know, Your Honor, when we pull over with

15   the police, then the police will call ICE and then we could

16   get detained, go to Alcatraz and we can be deported to the

17   country we were leaving because of freedom and

18   persecution -- because of a lack of freedom, sorry, and

19   persecution.

20        **THE COURT:**  You mean by the Cuban government?

21        **MR. HERNANDEZ:**  Yes, by the Cuban governments --

22   Cuban government, sorry.

23        **THE COURT:**  Government counsel, I guess the

24   concern I have -- and I appreciate your perspective about

25   wanting to file a motion to dismiss and also to challenge

1    the request for emergency relief, but at least I know of

2    situations, and at least other reported situations, where

3    people have been showing up for their immigration hearings

4    and they get arrested, and they end up being either sent to

5    their home country or being put in this facility in Florida

6    or being sent to countries where they're not even citizens

7    and have no association with them.

8         It seems to me they have, based upon that history,

9    a legitimate concern, even though it's only theoretical,

10   that this could happen.  But we know it's happened to other

11   individuals.  Therefore, I don't know if you can rule out,

12   even though you're being told by the agency they don't plan

13   on taking any action before these individuals have scheduled

14   court dates before the immigration authorities, that that

15   nonetheless could happen.  As they say, there have been

16   situations where people have been stopped for a traffic

17   violation, and the ultimate result is they end up in custody

18   and end up being either deported or put into a facility

19   that's allegedly inhumane or being sent to a country that

20   they have no association with or being sent to a country, as

21   these individuals say, where, if they are sent back home,

22   they would be subject to retaliation and negative

23   consequences.

24        Do you have any response to their concern in

25   reference to that?

1          **MS. VALDIVIA:**  Your Honor, the three plaintiffs in

2     this case did enter the country without inspection in 2022

3     on different dates.  They were processed by Customs and

4     Border Patrol for removal proceedings, on what we would

5     refer to as 240 proceedings.  That's not expedited removal,

6     that's regular removal proceedings.  And they were released

7     on conditional parole under INA section 236(a)(2), which it

8     was in the government's discretion to do rather than detain

9     these individuals who crossed without inspection.  They were

10    given conditional parole.

11         They currently remain in formal removal

12    proceedings.  And although it is true that should the

13    government move to dismiss those proceedings, and if the

14    immigration judge granted that motion, it is hypothetically

15    possible that these individuals could be placed into

16    expedited removal.  There have been no allegations that that

17    is occurring.  And should that occur, there is due process

18    for individuals who are in expedited removal proceedings.

19         However, without any allegation about how or why

20    an individual would, in the future, be placed into expedited

21    removal proceedings, there is not really a basis for the

22    government to respond to that.  That's essentially asking

23    the Court to provide an advisory opinion about the legality

24    of some hypothetical future detention, the grounds for which

25    we are currently unaware of because it hasn't happened and

1    it's entirely speculative.

2          So while I understand the fear, I don't believe

3    that it would be appropriate for a preliminary injunction or

4    any other kind of emergency relief based on a speculative

5    fear that presumably any plaintiff in removal proceedings

6    could share the same fear.  And there's no allegations here

7    that this speculative, future detention is happening or on

8    what grounds it's happening.

9          **THE COURT:**  I mean, by and large, I agree with

10   you, but the unfortunate reality is that people have

11   suffered the consequences of what you're saying is not

12   actually occurring and ending up in detention and being,

13   like I say, sent to locations they have no association with,

14   countries which are at civil war.  Obviously that's a real

15   concern.

16          I understand the restrictions I have legally on me

17   at this point, but what I'm going to do is set periodic

18   reviews.  And I will order that if what you say changes, and

19   if the government decides to take some action against the

20   plaintiffs, that I be notified of that and at that time

21   would assess whether it would be appropriate for me to take

22   any action.

23          Anything in --

24          **MS. VALDIVIA:**  Thank you, Your Honor.

25          **THE COURT:**  -- reference to that?

1          **MS. VALDIVIA:**  Just to clarify, when you say take

2   any action against, do you mean detain?

3          **THE COURT:**  Yes.  And based upon the dates that

4   you gave, it's going to be a while, assuming things were

5   consistent with what you indicated before any action is

6   taken.  So I'll continue the matter for about six months for

7   a review, a status hearing.  And again, in the interim, if

8   something's going to occur before that that would be

9   consistent with the plaintiffs' concerns, that I be

10  notified.

11         **MS. VALDIVIA:**  Understood, Your Honor.  And the

12  government does intend to move to dismiss, we don't believe

13  the Court has subject matter jurisdiction and we do believe

14  venue is inappropriate here.  So we will be filing that well

15  before the six-month mark that you've indicated you would be

16  continuing the case until.  Would that still be appropriate

17  to file in 30 days?

18         **THE COURT:**  You said you needed 30 days, so I'll

19  give you until the 29th of August to file your motion to

20  dismiss and anything related to the emergency relief that's

21  being requested.  And then the plaintiffs, if that motion is

22  filed to dismiss, you're going to have to respond to it and

23  I'll give you 30 days to do that.  So by the 26th of

24  September, you'll need to file any oppositions to the motion

25  to dismiss if a request -- well, I'll give you until then to

1    file your opposition to their motion to dismiss.  And the

2    government would then have 10 days after that to file a

3    reply, if you seek to do so.  And once we receive those

4    submissions, though, we will decide how we proceed in

5    reference to setting a date for a hearing in reference to

6    the motion to dismiss.

7              And regarding the motion for emergency relief, you

8    say you're not -- you can't file your opposition to that

9    until the date I set, the 29th of August.  And once we

10   receive that, then we'll assess how we're going to proceed.

11   I'll give the plaintiffs actually until the 12th of

12   September to file any reply to the motion that's filed in

13   reference to the motion for emergency relief, the TRO and

14   the PI.

15             Anything else from the plaintiffs at this point?

16             **MR. ROMERO:**  Your Honor, we would like to explain

17   just to clarify some of our process that was taken.  The

18   Board of Immigration Appeals recently clarified that a

19   noncitizen who is arrested and detained without a warrant

20   while arriving in the United States is an applicant for

21   admission and must be detained under INA section 235(b).

22   Such a person is ineligible for release and bond under

23   section 236.  The BIA added that if DHS chooses to release

24   such individuals, it must be doing so under the parole

25   authority in INA section 212(d)(5).  If parole is

1   terminated, the individuals reverse the mandatory detention

2   under section 235(b).  That is, the law does not permit DHS

3   to relabel an applicant for admission as detained under

4   section 236.  To use release on recognizance form I-220A

5   instead of issuing a form on parole, despite that priority,

6   when the plaintiffs arrived to the U.S., they were in the

7   U.S. as applicants for admission in 2022.  DHS and ICE

8   agents choose not to follow the positional line in the law.

9   We were arrested at entry before a warrant of arrest was

10  issued.  Between many hours and even days prior to our

11  arrival, that warrant of arrest was issued.  Instead of

12  detaining us and processing us under section 235, like we

13  should, we were labeled and detained under section 236.

14  This deliberate departure from the legal framework was not a

15  mere clinical error, it directly violated the Supreme

16  Court's precedent and deprived the plaintiffs of the

17  protections to which we were entitled.

18         And regarding the ongoing harm, we are at risk of

19  being in detention under removal because we were not

20  processed under section 235 and not released with parole.

21  We lack the necessary documentation and face the risk of

22  being detained again at any time.  We have a loss of

23  property interests.  The Cuban Adjustment Act and other

24  immigration programs confer additional benefits by

25  recognized property rights to those who have been admitted

1    or paroled.  By misclassifying us, we were prevented from

2    applying for that benefit, depriving us for a legal and

3    economic opportunity granted by Congress.

4              And we also have emotional and psychological harm.

5    The ongoing uncertainty and fear of detention or deportation

6    negatively impacts our health and well being.  Your Honor,

7    we live in Florida.  This is a state that has implemented

8    laws very strict for -- against immigrants.  Law

9    enforcement, the police, are forced to cooperate with ICE

10   agents in engaging anyone they suspect is an illegal

11   immigrant.  We have raids at our jobsites, they are taking

12   everyone.  As I said before, I have an immigration

13   appointment on August 12th.  I am at risk of being

14   re-detained there.  That's why we were -- we are asking for

15   protection against that.

16             **THE COURT:**  I appreciate your concerns, and I'm

17   not unsympathetic to your concerns, but there are

18   restrictions and constraints on what I can do as a judge

19   under the circumstances based upon the relief, the emergency

20   relief, that you're requesting.  One of the things I have to

21   be able to conclude, in order to give you the emergency

22   relief you're requesting, is that you are in imminent danger

23   of some type of harm.  And I understand your concern in

24   reference to what has been taking place and how that

25   conceivably could happen to you also, and that's why at this

1  point I can't take any definitive action to issue an order

2  consistent with what you're requesting.

3         But as I said, I am requiring that if the

4  government does decide to take you into custody and change

5  your current status before your scheduled hearings that you

6  now have with the immigration authorities, that they let me

7  know.  And upon that notice, then I would at least be in a

8  position to conclude that at least one of the factors you

9  have to establish to be entitled to emergency relief has

10  been established and would conceivably at that point be in a

11  position to intervene.  But until that is going to happen, I

12  don't see how I can conclude that you have shown that you're

13  in imminent danger of some type of injury that would entitle

14  you to emergency relief.

15         So again, I'm not unsympathetic to your situation,

16  considering what has been happening in the country over the

17  last several months, but at this time I just can't give you

18  the relief that you're requesting because I just don't have

19  the authority to do so.  So once we receive the government's

20  filings, we will act on them as quickly as possible.

21         **MR. HERNANDEZ:**  Thank you very much, Your Honor.

22         **THE COURT:**  So I set the respective dates, and

23  again, once we receive the submissions, we will act on them

24  as quickly as we can.  As I said, one of the orders I will

25  issue today or tomorrow will be that if the government is

1    going to take some actions to change their status from what

2    it is now, that they have to let me know.  And then, at that

3    point, I may be in a position to intervene, but at this

4    point I can't.

5                Anything else from the plaintiffs?

6                **MR. ROMERO:**  No, that would be all, Your Honor.

7                **MR. HERNANDEZ:**  No.  Thank you very much, Your

8    Honor.

9                **MR. LEYVA:**  Thank you, Your Honor.

10               **THE COURT:**  Anything else from the government?

11               **MS. VALDIVIA:**  No, thank you, Your Honor.

12               **THE COURT:**  Thank you.

13          (Proceedings adjourned at 10:22 a.m.)

14

15

16

17

18

19

20

21

22

23

24

25

1                     **C E R T I F I C A T E**

2

3              I, **Jeff Hook, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the remotely reported proceedings in the above-entitled

6    matter.

7                    **PLEASE NOTE:**  This hearing occurred by

8    videoconference and is therefore subject to the

9    technological limitations of court reporting remotely.

10

11

12    <u>August 1, 2025</u>          _____

13         **DATE**                    **Jeff M. Hook**

14

15

16

17

18

19

20

21

22

23

24

25

**DEPUTY CLERK:**
**[1]**    2/2
**MR. HERNANDEZ:**
**[8]**    2/9 2/16
7/10 7/12 8/10
8/21 16/21
17/7
**MR. LEYVA:** **[2]**
2/12 17/9
**MR. ROMERO:**
**[7]**    2/6 2/17
5/22 6/18 7/6
13/16 17/6
**MS. VALDIVIA:**
**[11]**    2/20 3/1
3/13 3/25 4/7
5/13 10/1
11/24 12/1
12/11 17/11
**THE COURT:**
**[24]**

**1**

**1 [1]**    1/15
**10 [1]**    13/2
**10:22 [1]**
17/13
**10:22 a.m [1]**
17/13
**12th [3]**    6/4
13/11 15/13
**17th [1]**    4/17
**1961 [1]**    1/18
**1:25 [1]**    1/4
**1:25-cv-2344**
**[1]**    1/4

**2**

**2 [1]**    10/7
**20001 [1]**    1/25
**2022 [2]**    10/2
14/7
**2025 [1]**    1/5
**2026 [3]**    4/15
4/17 4/19
**2027 [2]**    4/15
4/20
**20530 [1]**    1/21
**212 [3]**    6/22
7/22 13/25
**220A [3]**    6/20
7/20 14/4
**220As [1]**    5/24
**2344 [2]**    1/4
2/2

**235 [6]**    6/21
7/18 13/21
14/2 14/12
14/20
**236 [5]**    7/20
10/7 13/23
14/4 14/13
**240 [1]**    10/5
**25 [1]**    2/2
**25-2344 [1]**
2/2
**26th [1]**    12/23
**28 [1]**    1/5
**287 [1]**    7/18
**29th [2]**    12/19
13/9

**3**

**3 [1]**    1/15
**30 [4]**    3/25
12/17 12/18
12/23
**3129 [1]**    1/13
**33018 [1]**    1/13
**333 [1]**    1/24
**34120 [1]**    1/18
**34472 [1]**    1/16

**5**

**5 [3]**    6/22
7/22 13/25

**6**

**601 [1]**    1/21

**7**

**72 [1]**    1/13

**9**

**9:57 [1]**    1/6

**A**

**a.m [2]**    1/6
17/13
**able [4]**    3/4
5/16 7/2 15/21
**above [1]**    18/5
**above-entitled**
**[1]**    18/5
**access [1]**
6/25
**accident [1]**
8/13
**act [5]**    7/1
7/23 14/23
16/20 16/23
**action [10]**

**1/3 2/2 4/5**
8/5 9/13 11/19
11/22 12/2
12/5 16/1
**actions [1]**
17/1
**actually [3]**
6/4 11/12
13/11
**add [1]**    7/14
**added [1]**
13/23
**additional [1]**
14/24
**adjourned [1]**
17/13
**Adjustment [3]**
7/1 7/23 14/23
**admission [5]**
6/19 6/19
13/21 14/3
14/7
**admitted [1]**
14/25
**advisory [1]**
10/23
**afraid [1]**    6/4
**again [4]**    12/7
14/22 16/15
16/23
**against [5]**
4/5 11/19 12/2
15/8 15/15
**agency [3]**    3/7
4/11 9/12
**agents [2]**
14/8 15/10
**agree [2]**    5/7
11/9
**al [4]**    1/3 1/6
2/3 2/3
**Alcatraz [2]**
6/5 8/16
**allegation [1]**
10/19
**allegations [5]**
3/9 4/9 5/3
10/16 11/6
**alleged [1]**
5/2
**allegedly [1]**
9/19
**alleging [3]**
3/10 4/10 4/22
**Alligator [1]**
6/6

**almost [2]**    7/8
7/8
**alternative [2]**
3/16 3/19
**although [2]**
3/13 10/12
**Anything in [1]**
11/23
**Appeals [1]**
13/18
**appearances [2]**
1/11 3/6
**applicant [2]**
13/20 14/3
**applicants [3]**
6/18 6/19 14/7
**applying [1]**
15/2
**appointment [1]**
15/13
**appreciate [2]**
8/24 15/16
**apprehended [1]**
7/15
**appropriate [3]**
11/3 11/21
12/16
**appropriately**
**[1]**    3/12
**arbitrary [1]**
7/23
**argue [1]**    4/23
**arrest [2]**
14/9 14/11
**arrested [3]**
9/4 13/19 14/9
**arrival [1]**
14/11
**arrived [1]**
14/6
**arriving [1]**
13/20
**assess [2]**
11/21 13/10
**Assistant [1]**
2/21
**association [3]**
9/7 9/20
11/13
**assuming [2]**
8/4 12/4
**Attorney [1]**
2/21
**August [4]**    6/4
12/19 13/9
15/13

**August 12th [2]**
6/4 15/13
**authorities [2]**
9/14 16/6
**authority [2]**
13/25 16/19
**Avenue [1]**
1/24
**AVILA [4]**    1/17
1/18 2/12 7/8
**aware [2]**    4/7
4/20
**away [1]**    6/12

**B**

**b [3]**    1/9
13/21 14/2
**back [1]**    9/21
**Bankruptcy [1]**
1/24
**base [1]**    7/3
**based [5]**    6/24
9/8 11/4 12/3
15/19
**basis [1]**
10/21
**beginning [1]**
2/4
**behalf [1]**
2/21
**benefit [1]**
15/2
**benefits [1]**
14/24
**BIA [1]**    13/23
**Blvd [1]**    1/18
**Board [1]**
13/18
**bond [1]**    13/22
**Border [1]**
10/4
**brief [1]**    3/7

**C**

**C [3]**    2/1 18/1
18/1
**calendar [2]**
4/16 4/18
**call [2]**    6/8
8/15
**called [1]**    6/1
**can [10]**    4/25
6/4 6/14 8/12
8/14 8/16 9/11
15/18 16/12
16/24
**card [1]**    7/1

**C**

cards [1]    6/16
case [3]    7/7
  10/2 12/16
cases [3]    6/7
  6/8 6/9
certify [1]
  18/4
challenge [1]
  8/25
challenging [1]
  4/6
change [2]
  16/4 17/1
changed [1]
  5/10
changes [1]
  11/18
charges [1]
  7/16
choose [1]
  14/8
chooses [1]
  13/23
circumstances
  [1]    15/19
citizens [1]
  9/6
civil [4]    1/3
  1/20 2/2 11/14
clarified [1]
  13/18
clarify [2]
  12/1 13/17
classified [1]
  6/21
clients [1]
  3/7
clinical [1]
  14/15
COLUMBIA [1]
  1/1
complaint [4]
  3/2 3/5 3/9
  4/9
conceivably [2]
  15/25 16/10
concern [10]
  5/8 8/4 8/6
  8/7 8/10 8/24
  9/9 9/24 11/15
  15/23
concerned [1]
  8/11
concerns [3]
  12/9 15/16

15/17
conclude [3]
  15/21 16/8
  16/12
conditional [2]
  10/7 10/10
conditions [1]
  7/17
confer [2]    3/6
  14/24
conference [2]
  1/9 3/4
Congress [1]
  15/3
connection [1]
  5/15
consequences
  [2]    9/23
  11/11
considering [1]
  16/16
consistent [3]
  12/5 12/9 16/2
Constitution
  [1]    1/24
constraints [1]
  15/18
continue [2]
  6/5 12/6
continuing [1]
  12/16
cooperate [1]
  15/9
copy [2]    3/3
  3/4
counsel [2]
  4/11 8/23
countries [1]
  9/6 11/14
country [6]
  8/17 9/5 9/19
  9/20 10/2
  16/16
court [10]    1/1
  1/23 1/23 3/11
  6/9 9/14 10/23
  12/13 18/3
  18/9
Court's [1]
  14/16
courts [2]
  1/24 6/8
crossed [1]
  10/9
Cuba [1]    8/8
Cuban [7]    6/25

7/14 7/23 8/20
  8/21 8/22
  14/23
current [1]
  16/5
currently [4]
  4/13 4/13
  10/11 10/25
custody [2]
  9/17 16/4
Customs [1]
  10/3
cv [1]    1/4

**D**

d [5]    1/21 2/1
  6/22 7/22
  13/25
danger [3]    6/2
  15/22 16/13
Danis [5]    1/15
  1/15 2/6 4/16
  5/22
date [6]    3/14
  3/19 4/19 13/5
  13/9 18/13
dates [5]    4/15
  9/14 10/3 12/3
  16/22
days [6]    3/25
  12/17 12/18
  12/23 13/2
  14/10
DC [3]    1/5
  1/21 1/25
deadlines [1]
  4/14
decide [2]
  13/4 16/4
decided [1]
  5/10
decides [1]
  11/19
defendants [3]
  1/7 1/20 2/22
definitive [1]
  16/1
deliberate [1]
  14/14
department [1]
  5/10
departure [1]
  14/14
deportation [1]
  15/5
deported [2]
  8/16 9/18

deprived [1]
  14/16
deprives [1]
  7/21
depriving [1]
  15/2
despite [2]
  7/16 14/5
detain [3]    4/8
  10/8 12/2
detained [18]
  4/13 5/14 5/25
  6/2 6/3 6/4
  6/8 6/11 6/14
  7/15 8/13 8/16
  13/19 13/21
  14/3 14/13
  14/22 15/14
detaining [1]
  14/12
detention [15]
  4/10 4/21 5/3
  5/6 5/15 6/5
  7/23 8/1 8/6
  10/24 11/7
  11/12 14/1
  14/19 15/5
DHS [4]    7/15
  13/23 14/2
  14/7
DIANA [2]    1/20
  2/21
different [1]
  10/3
directly [1]
  14/15
discretion [1]
  10/8
discussions [1]
  4/11
dismiss [12]
  3/15 3/18 3/21
  6/9 8/25 10/13
  12/12 12/20
  12/22 12/25
  13/1 13/6
district [6]
  1/1 1/1 1/10
  1/24 5/18 5/18
Division [1]
  1/20
docket [1]    3/5
documentation
  [1]    14/21
DOJ [1]    1/20
DOJ-USAO [1]

1/20

due [4]    5/14
  5/16 7/24
  10/17

**E**

E [5]    1/18 2/1
  2/1 18/1 18/1
economic [1]
  15/3
either [3]
  5/17 9/4 9/18
eligibility [1]
  7/22
else [3]    13/15
  17/5 17/10
ELY [2]    1/15
  1/15
emergency [10]
  4/23 9/1 11/4
  12/20 13/7
  13/13 15/19
  15/21 16/9
  16/14
emotional [1]
  15/4
end [3]    9/4
  9/17 9/18
ending [1]
  11/12
enforcement [2]
  6/1 15/9
engaging [1]
  15/10
enter [1]    10/2
entered [1]
  3/5
entering [1]
  7/17
entirely [1]
  11/1
entitle [1]
  16/13
entitled [3]
  14/17 16/9
  18/5
entry [1]    14/9
error [1]
  14/15
essentially [1]
  10/22
establish [1]
  16/9
established [1]
  16/10
et [4]    1/3 1/6
  2/3 2/3

**E**

**even [6]**   3/20 6/7 9/6 9/9 9/12 14/10
**Everglades [1]** 8/7
**everyone [1]** 15/12
**example [1]** 8/12
**Excuse [1]** 7/10
**expedited [4]** 10/5 10/16 10/18 10/20
**explain [1]** 13/16
**explanation [1]** 6/24

**F**

**F [1]**   18/1
**fabricated [1]** 7/20
**face [2]**   7/25 14/21
**facility [3]** 8/6 9/5 9/18
**factors [1]** 16/8
**families [1]** 6/12
**far [1]**   7/2
**fear [6]**   5/2 8/11 11/2 11/5 11/6 15/5
**February [1]** 4/17
**file [9]**   3/23 8/25 12/17 12/19 12/24 13/1 13/2 13/8 13/12
**filed [3]**   2/24 12/22 13/12
**filing [2]** 3/18 12/14
**filings [1]** 16/20
**FL [3]**   1/13 1/16 1/18
**Florida [3]** 5/18 9/5 15/7
**follow [1]** 14/8
**forced [1]**

15/9
**foregoing [1]** 18/4
**form [2]**   14/4 14/5
**formal [2]** 7/16 10/11
**forms [1]   7/21
**forthright [1]** 5/9
**forward [3]** 3/11 3/21 5/11
**framework [1]** 14/14
**freedom [2]** 8/17 8/18
**Friday [1]**   3/5
**front [3]**   4/19 5/17 6/12
**future [5]** 4/10 5/2 10/20 10/24 11/7

**G**

**G [1]**   2/1
**Gate [1]**   1/18
**gave [1]**   12/4
**given [1]** 10/10
**Golden [1]** 1/18
**Good [8]**   2/6 2/8 2/9 2/11 2/12 2/14 2/20 2/23
**government [19]**

**government's [2]**   10/8 16/19
**governments [1]** 8/21
**granted [2]** 10/14 15/3
**green [2]**   6/16 7/1
**Greicel [4]** 1/17 1/17 2/12 7/8
**grounds [2]** 10/24 11/8
**guess [2]**   5/8 8/23

**H**

**half [1]**   7/13
**happen [4]**

9/10 9/15 15/25 16/11
**happened [3]** 6/6 9/10 10/25
**happening [3]** 11/7 11/8 16/16
**happens [2]** 6/10 8/9
**harm [8]**   4/9 4/22 5/1 8/1 8/8 14/18 15/4 15/23
**health [1]** 15/6
**heard [1]**   5/21
**hearing [6]** 4/16 4/18 4/19 12/7 13/5 18/7
**hearings [3]** 4/15 9/3 16/5
**Hemlock [1]** 1/15
**HERNANDEZ [9]** 1/3 1/12 1/13 1/15 1/15 2/3 2/10 4/16 7/7
**Hialeah [1]** 1/13
**history [1]** 9/8
**home [2]**   9/5 9/21
**Honor [20]**
**Honor's [1]** 3/3
**HONORABLE [1]** 1/9
**HOOK [3]**   1/23 18/3 18/13
**hours [1]** 14/10
**HOYOS [7]**   1/3 1/12 1/13 2/3 2/10 7/7 7/12
**hypothetical [1]**   10/24
**hypothetically [1]**   10/14

**I**

**I-220A [3]** 6/20 7/20 14/4
**I-220As [1]** 5/24
**ICE [10]**   6/1 6/3 6/3 6/10

6/23 7/15 8/4 8/15 14/7 15/9
**identify [1]** 2/4
**IJ [1]**   4/19
**illegal [1]** 15/10
**immediate [3]** 5/6 6/13 8/1
**immediately [1]** 6/9
**immigrant [1]** 15/11
**immigrants [1]** 15/11
**immigration [9]** 5/17 6/16 9/3 9/14 10/14 13/18 14/24 15/12 16/6
**imminent [3]** 4/21 15/22 16/13
**impacts [1]** 15/6
**implemented [1]** 15/7
**improperly [2]** 7/18 7/19
**INA [6]**   7/17 7/20 7/22 10/7 13/21 13/25
**inappropriate [1]**   12/14
**including [1]** 8/1
**indicated [3]** 5/8 12/5 12/15
**individual [1]** 10/20
**individuals [9]** 5/4 9/11 9/13 9/21 10/9 10/15 10/18 13/24 14/1
**ineligible [1]** 13/22
**inhumane [1]** 9/19
**injunction [1]** 11/3
**injury [1]** 16/13
**inspection [2]** 10/2 10/9
**instead [4]**

7/18 7/19 14/5 14/11
**intend [1]** 12/12
**intends [1]** 3/15
**interests [1]** 14/23
**interim [1]** 12/7
**intervene [2]** 16/11 17/3
**interventions [1]**   7/25
**irreparable [2]** 5/1 8/2
**issue [2]**   16/1 16/25
**issued [2]** 14/10 14/11
**issuing [1]** 14/5

**J**

**JEFF [3]**   1/23 18/3 18/13
**jobsites [1]** 15/11
**judge [4]**   1/10 5/17 10/14 15/18
**judicial [1]** 7/25
**July [1]**   1/5
**jurisdiction [1]**   12/13

**K**

**kind [1]**   11/4
**KRISTI [2]**   1/6 2/3

**L**

**labeled [1]** 14/13
**lack [2]**   8/18 14/21
**large [1]**   11/9
**last [1]**   16/17
**law [4]**   6/1 14/2 14/8 15/8
**lawful [2]** 7/16 7/21
**laws [1]**   15/8
**lawsuit [1]** 7/3
**lawyer [1]**

**L**

lawyer... [1] 6/13
least [4] 9/1 9/2 16/7 16/8
leaving [1] 8/17
legal [3] 8/2 14/14 15/2
legality [1] 10/23
legally [1] 11/16
legitimate [1] 9/9
LEYVA [3] 1/17 1/18 2/13
likelihood [1] 4/24
limitations [1] 18/9
line [1] 14/8
live [1] 15/7
locations [1] 11/13
long [1] 7/4
look [1] 3/8
loss [2] 8/1 14/22

**M**

M [1] 18/13
mandatory [1] 14/1
many [4] 5/23 6/6 6/10 14/10
March [1] 4/19
March 2026 [1] 4/19
mark [1] 12/15
master [2] 4/16 4/18
matter [8] 3/2 3/6 3/8 3/16 4/25 12/6 12/13 18/6
may [2] 2/3 17/3
maybe [1] 6/10
mean [7] 4/5 6/17 7/19 8/13 8/20 11/9 12/2
mere [1] 14/15
merits [1] 4/24
Miami [1] 4/20

middle [1] 5/18
might [1] 6/12
misclassificati on [1] 7/21
misclassified [2] 6/20 6/24
misclassifying [1] 15/1
month [3] 7/9 7/9 12/15
months [2] 12/6 16/17
morning [8] 2/6 2/8 2/9 2/11 2/12 2/14 2/20 2/23
motion [15] 2/24 3/17 3/18 3/21 4/24 8/25 10/14 12/19 12/21 12/24 13/1 13/6 13/7 13/12 13/13
move [4] 3/15 3/21 10/13 12/12
Mr. [1] 7/7
Mr. Hoyos [1] 7/7
much [3] 3/23 16/21 17/7
must [2] 13/21 13/24
Myself [2] 6/3 7/6

**N**

N [1] 2/1
name [5] 2/6 2/9 2/12 5/22 7/12
Naples [1] 1/18
nationals [1] 7/15
necessary [1] 14/21
need [2] 3/23 12/24
needed [1] 12/18
negative [1] 9/22
negatively [1] 15/6
next [4] 4/14

4/16 4/19 7/9
NOEM [2] 1/6 2/3
noncitizen [1] 13/19
none [1] 4/12
nonetheless [1] 9/15
NOTE [1] 18/7
notice [1] 16/7
notified [2] 11/20 12/10
November [1] 4/20
number [1] 4/25
NW [2] 1/21 1/24

**O**

O [1] 2/1
Obviously [1] 11/14
Ocala [1] 1/16
occur [2] 10/17 12/8
occurred [1] 18/7
occurring [2] 10/17 11/12
off [1] 3/5
office [1] 6/1
Official [2] 1/23 18/3
officials [1] 6/10
once [4] 13/3 13/9 16/19 16/23
one [3] 15/20 16/8 16/24
ongoing [2] 14/18 15/5
only [2] 3/8 9/9
opinion [1] 10/23
opportunity [2] 2/25 15/3
opposed [1] 5/4
opposing [1] 3/17
opposition [3] 4/23 13/1 13/8
oppositions [1] 12/24

order [4] 3/3 11/18 15/21 16/1
orders [2] 7/16 16/24
out [1] 9/11
over [5] 4/11 7/6 7/7 8/14 16/16

**P**

P [1] 2/1
parole [8] 6/22 7/21 10/7 10/10 13/24 13/25 14/5 14/20
paroled [1] 15/1
parties [1] 2/4
Pass [1] 1/15
Patrol [1] 10/4
pending [1] 4/4
people [7] 5/23 5/24 6/7 6/11 9/3 9/16 11/10
periodic [1] 11/17
permit [1] 14/2
persecution [2] 8/18 8/19
person [1] 13/22
perspective [1] 8/24
PI [4] 2/24 3/17 4/4 13/14
place [1] 15/24
placed [2] 10/15 10/20
plainclothes [1] 6/11
plaintiff [4] 1/12 1/15 1/17 11/5
plaintiffs [22]

plaintiffs' [1] 12/9
plan [1] 9/12
plans [3] 4/7

4/21 4/21
PLEASE [1] 18/7
plus [1] 7/22
point [7] 3/10 11/17 13/15 16/1 16/10 17/3 17/4
police [3] 8/15 8/15 15/9
position [5] 4/3 5/11 16/8 16/11 17/3
positional [1] 14/8
possibility [1] 4/10
possible [3] 7/14 10/15 16/20
precedent [1] 14/16
preliminary [1] 11/3
presumably [1] 11/5
prevented [1] 15/1
preview [1] 4/25
prior [1] 14/10
priority [1] 14/5
Pro [3] 1/13 1/16 1/18
proceed [2] 13/4 13/10
proceedings [13] 4/14 5/5 5/16 10/4 10/5 10/6 10/12 10/13 10/18 10/21 11/5 17/13 18/5
process [7] 5/14 5/17 6/5 6/23 7/24 10/17 13/17
processed [5] 7/19 7/19 8/12 10/3 14/20
processing [2] 7/18 14/12
programs [1] 14/24

**P**

properly [2]
3/14 3/20
property [2]
14/23 14/25
propose [3]
3/14 3/17 3/19
protection [1]
15/15
protections [1]
14/17
provide [1]
10/23
provided [1]
5/15
psychological
[2]   8/2 15/4
pull [2]    3/4
8/14
put [2]    9/5
9/18

**Q**

quickly [2]
16/20 16/24
quote [1]    8/3

**R**

R [2]    2/1 18/1
Radial [1]
1/15
raids [1]
15/11
rather [1]
10/8
re [1]   15/14
re-detained [1]
15/14
real [1]   11/14
reality [1]
11/10
really [2]    3/8
10/21
reason [1]    4/1
reasons [1]
4/25
receive [7]
3/3 3/7 5/16
13/3 13/10
16/19 16/23
recently [1]
13/18
recognizance
[1]   14/4
recognized [1]
14/25

record [1]   2/4
refer [1]   10/5
reference [9]
4/4 5/12 6/15
9/25 11/25
13/5 13/5
13/13 15/24
regarding [3]
5/21 13/7
14/18
REGGIE [1]   1/9
regular [2]
5/25 10/6
relabel [1]
14/3
related [1]
12/20
release [3]
13/22 13/23
14/4
released [5]
6/21 6/22 7/20
10/6 14/20
relief [11]
9/1 11/4 12/20
13/7 13/13
15/19 15/20
15/22 16/9
16/14 16/18
remain [1]
10/11
remedies [1]
8/2
remotely [2]
18/5 18/9
removal [14]
4/13 5/5 5/15
7/16 7/24 10/4
10/5 10/6
10/11 10/16
10/18 10/21
11/5 14/19
reply [2]   13/3
13/12
report [1]   6/3
reported [2]
9/2 18/5
Reporter [3]
1/23 1/23 18/3
reporting [1]
18/9
representing
[2]   2/15 2/18
request [3]
3/25 9/1 12/25
requested [1]

12/21
requesting [4]
15/20 15/22
16/2 16/18
requiring [1]
16/3
reside [1]
5/19
respective [1]
16/22
respond [4]
2/25 3/17
10/22 12/22
response [1]
9/24
restrictions
[2]   11/16
15/18
result [1]
9/17
retaliation [3]
8/11 8/11
9/22
reverse [1]
14/1
review [1]
12/7
reviews [1]
11/18
right [1]   6/23
rights [1]
14/25
risk [3]   14/18
14/21 15/13
ROMERO [4]
1/15 1/15 2/7
5/22
room [1]   6/10
rule [1]   9/11

**S**

S [1]    2/1
same [2]   3/18
11/6
saying [1]
11/11
scheduled [4]
4/14 4/16 9/13
16/5
scheduling [2]
1/9 3/3
Se [3]   1/13
1/16 1/18
section [14]
6/21 7/17 7/18
7/20 7/22 10/7
13/21 13/23

13/25 14/2
14/4 14/12
14/13 14/20
seek [1]   13/3
seems [1]   9/8
sent [7]   8/7
9/4 9/6 9/19
9/20 9/21
11/13
September [2]
12/24 13/12
serious [1]
8/1
served [4]   3/2
3/12 3/14 3/21
set [3]   11/17
13/9 16/22
setting [2]
3/14 13/5
several [1]
16/17
share [1]   11/6
showing [1]
9/3
shown [1]
16/12
single [1]
8/13
situation [2]
5/10 16/15
situations [4]
5/23 9/2 9/2
9/16
six [2]   12/6
12/15
six-month [1]
12/15
small [2]   8/13
8/13
soliciting [1]
6/18
somebody [1]
2/18
something's [1]
12/8
sooner [1]   4/2
sorry [2]   8/18
8/22
southern [1]
5/18
speculative [4]
5/2 11/1 11/4
11/7
stage [1]   3/22
state [1]   15/7
STATES [8]   1/1

1/10 2/21 5/5
6/17 7/5 7/13
13/20
status [7]   3/4
6/16 6/17 6/19
12/7 16/5 17/1
still [2]    6/6
12/16
stop [1]   5/25
stopped [1]
9/16
Street [1]
1/21
strict [1]
15/8
subject [4]
5/5 9/22 12/13
18/8
subjects [1]
7/23
submission [1]
4/4
submissions [3]
3/24 13/4
16/23
success [1]
4/24
suffer [1]   8/8
suffered [1]
11/11
suggest [1]
5/9
supporting [1]
5/3
Supreme [1]
14/15
suspect [1]
15/10

**T**

T [2]   18/1
18/1
technological
[1]   18/9
TELEPHONIC [1]
1/9
tend [1]   5/7
terminated [1]
14/1
Terra [1]   1/13
theoretical [1]
9/9
therefore [2]
9/11 18/8
though [4]
3/20 9/9 9/12
13/4

**T**

threat [1]
6/13
three [8]   2/14
4/12 6/15 7/6
7/7 7/8 7/13
10/1
times [1]   6/11
today [1]
16/25
told [1]   9/12
tomorrow [1]
16/25
TONY [6]   1/3
1/12 1/12 2/2
2/9 7/12
traffic [2]
5/25 9/16
transcript [2]
1/9 18/4
transfer [2]
3/16 3/19
trauma [1]   8/2
trigger [1]
7/17
TRO [4]   2/24
3/17 4/4 13/13
true [2]   10/12
18/4
try [1]   4/1
two [1]   4/18
type [2]   15/23
16/13

**U**

U.S [4]   1/24
7/17 14/6 14/7
ultimate [1]
9/17
unaware [1]
10/25
uncertainty [1]
15/5
under [17]
6/21 6/22 7/17
7/20 7/22 7/22
10/7 13/21
13/22 13/24
14/2 14/3
14/12 14/13
14/19 14/20
15/19
Understood [1]
12/11
unfortunate [1]
11/10

Unit [1]   1/15
UNITED [7]   1/1
1/10 2/21 5/5
6/17 7/5 13/20
unsympathetic
[2]   15/17
16/15
up [5]   9/3 9/4
9/17 9/18
11/12
update [1]   3/7
upon [4]   9/8
12/3 15/19
16/7
USAO [1]   1/20
use [1]   14/4

**V**

VALDIVIA [2]
1/20 2/21
various [1]
4/15
venue [2]   3/16
12/14
via [1]   7/20
videoconference
[1]   18/8
VIGGIANO [1]
1/20
violated [1]
14/15
violation [1]
9/17
vs [2]   1/5 2/3

**W**

W [1]   1/13
WALTON [1]   1/9
war [1]   11/14
warrant [3]
13/19 14/9
14/11
Washington [3]
1/5 1/21 1/25
way [1]   5/9
weekend [3]
3/6 3/8 4/12
what's [2]   4/3
5/11
without [7]
7/16 7/24 7/25
10/2 10/9
10/19 13/19
work [2]   4/1
8/12

**Y**

years [4]   7/6
7/7 7/9 7/13