UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY HOYOS HERNANDEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM,<br>Secretary of Homeland Security, et al.,<br><br>    Defendants. | Civil Action No. 25-2344 (RBW) |

**NOTICE REGARDING LAPSE OF APPROPRIATIONS**

Defendants, the Secretary of Homeland Security ("Secretary"), the Department of Homeland Security (the "Department" or "DHS"), Immigration and Customs Enforcement ("ICE"), the President of the United States, and one thousand unnamed ICE Enforcement and Removal Operations (also known as "ERO") employees "in their official and individual capacities" (collectively, "Defendants"),[1] by and through undersigned counsel, respectfully submit the following notice regarding the federal lapse in appropriations and briefing deadlines in the above-captioned matter.

    1.    On July 21, 2025, pro se Plaintiffs Tony Hoyos Hernandez, Danis Ely Romero Hernandez, and Greicel Avila Leyva (collectively, "Plaintiffs") filed their complaint and a motion for preliminary injunction. ECF Nos. 1, 2.

    2.    On July 28, 2025, the Court ordered the following briefing schedule:

---

[1] The docket for this matter identifies as Defendants Enforcement and Removal Operations ("ERO") John Does 1-1000, in their official and individual capacities. Although the Complaint in this matter does not appear to raise any individual capacity claims against these unidentified John Doe officials, for the avoidance of doubt, undersigned counsel notes that she currently represents these ERO Defendants solely in their official capacities.

        a.      On or before August 29, 2025, the defendants shall file their combined motion to dismiss and opposition to the plaintiffs' motion for emergency relief.

        b.      On or before September 26, 2025, the plaintiffs shall file a combined reply in support of their motion for emergency relief and opposition to the defendants' motion to dismiss.

        c.      On or before October 10, 2025, the defendants shall file a reply in support of their motion to dismiss. ECF No. 6.

3.      On August 29, 2025, Defendants filed their combined motion to dismiss and opposition to Plaintiffs' motion for preliminary injunction. ECF Nos. 10, 11.

4.      On September 26, 2025, Plaintiffs filed their combined opposition to Defendants' motion to dismiss and reply in support of their motion for preliminary injunction. ECF No. 12.

5.      As of October 1, 2025, the Department of Justice, including the U.S. Attorney's Office for D.C., is experiencing a lapse in appropriations. Due to that lapse, undersigned counsel is currently furloughed and unable to work on non-exempted work until appropriations are restored.

6.      On October 1, 2025, Chief Judge James Boasberg entered an order in the matter of *In re: Stay of Civil Proceedings Involving The United States in Light of Lapse of Appropriations* ("Stay Order"), attached hereto. The Stay Order orders (in part), effective October 1, 2025, and until further order of the Court, that:

> In all civil actions and civil miscellaneous matters pending in the U.S. District Court for the District of Columbia, all filing and discovery deadlines imposed upon the United States, any of its federal agencies, and any of its officers or employees, shall be extended by the number of days equal to the length (in days) of the lapse of appropriations plus ten days, provided that if the lapse is seven days or fewer, such extension shall be the number of days equal to the length (in days) of the lapse of appropriations plus five days; . . . This Order shall not extend the United States' deadlines to respond to motions for temporary restraining orders or preliminary injunctions . . .

7. Because Plaintiffs' motion for preliminary injunction is fully briefed and the remaining deadline in this case pertains to Defendant's motion to dismiss, Defendants interpret the Stay Order as applying to the October 10, 2025 deadline for them to file their reply brief.

Dated: October 1, 2025
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Sian Jones*
SIAN JONES, D.C. Bar #1024062
Assistant United States Attorney
601 D Street, NW
Washington, D.C., 20530
(202) 252-2578

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, I will cause a copy of the foregoing Notice to be served by United States mail, postage prepaid, upon:

TONY HOYOS HERNANDEZ
3129 W 72 TERRA
HIALEAH, FL 33018

DANIS ELY ROMERO HERNANDEZ
3 HEMLOCK RADIAL PASS UNIT 1
OCALA, FL 34472

- AND -

GREICEL AVILA LEYVA
1961 GOLDEN GATE BLVD E
NAPLES, FL 34120

                                                    /s/ *Sian Jones*
                                                    SIAN JONES
                                                    Assistant United States Attorney