FILED
OCT 1 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: STAY OF CIVIL PROCEEDINGS INVOLVING THE UNITED STATES IN LIGHT OF LAPSE OF APPROPRIATIONS | Standing Order No. 25-55 (JEB)<br><br>Chief Judge James E. Boasberg |

## ORDER

Funding for various Executive Branch agencies, including the Department of Justice, lapsed at the end of the day on September 30, 2025. Employees of the affected agencies, including the Department of Justice, are generally prohibited, with limited exceptions, from working during the pendency of the lapse in appropriations, even on a voluntary basis.

This Court has a significant volume of civil matters involving the United States, its agencies, and its officers and employees, in which the U.S. Attorney's Office for the District of Columbia and other Department of Justice litigating components represent those party litigants.

The Court has a need to minimize expenditures of scarce judicial resources on large volumes of case-specific motions to stay or extend pending deadlines.

The Court finds that the impact of the current lapse in appropriations, as described above, constitutes good cause under Federal Rule of Civil Procedure 6 for extending deadlines and staying matters in which the United States, its agencies, and its officers and employees are involved.

Accordingly, pursuant to Federal Rule Civil Procedure 6(b)(1)(A), it is hereby **ORDERED**, effective October 1, 2025, and until further order of the Court, that:

1. In all civil actions and civil miscellaneous matters pending in the U.S. District Court for the District of Columbia, all filing and discovery deadlines imposed upon the United States, any of its federal agencies, and any of its officers or employees, shall be extended by the number of days equal to the length (in days) of the lapse of

appropriations plus ten days, provided that if the lapse is seven days or fewer, such extension shall be the number of days equal to the length (in days) of the lapse of appropriations plus five days;

2. Any party seeking relief from this Order in any particular civil action or civil miscellaneous matter, shall, in addition to serving the government attorney of record, serve the Civil Division of the U.S. Attorney's Office for the District of Columbia by electronic mail at USADC.ServiceCivil@usdoj.gov with the papers seeking such relief;

3. This Order shall not extend the United States' deadlines to respond to motions for temporary restraining orders or preliminary injunctions, but any such motions seeking relief against the United States shall be served promptly on the Civil Division of the U.S. Attorney's Office for the District of Columbia by electronic mail at USADC.ServiceCivil@usdoj.gov and on the Civil Chief for the U.S. Attorney's Office for the District of Columbia, whose email address is linked on the Civil Division's webpage: https://www.justice.gov/usao-dc/civil-division; and

4. The U.S. Attorney's Office for the District of Columbia shall inform the Chief Judge when appropriations are restored to the Department of Justice.

Dated: October 1, 2025

*/s/*
James E. Boasberg
Chief Judge