UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY HOYOS HERNANDEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI L. NOEM, Secretary of the Department of Homeland Security, et al., <br><br> Defendants. | Civil Action No. 25-2344 (RBW) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 83.6(b), the Clerk of the Court will please withdraw the appearance of Assistant United States Attorney Diana V. Valdivia as counsel for Defendants in the above-captioned case. Defendants continue to be represented by Assistant United States Attorney Sian Jones. This matter is not currently set for trial.

Dated: February 9, 2026

Respectfully submitted,

*/s/ Diana V. Valdivia*
DIANA V. VALDIVIA, D.C. Bar # 1006628
Deputy Chief, Civil Division
601 D Street, NW
Washington, DC 20530
(202) 252-2545

*Attorney for the United States of America*