# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-5286**                    **September Term, 2025**

**1:25-cv-02344-RBW**

**Filed On: August 10, 2026** [2187414]

Tony Hoyos Hernandez, individually and on
behalf of all others similarly situated, et al.,

       Appellants

     v.

Markwayne Mullin, Secretary of Homeland
Security, et al.,

       Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon the disposition of the motion to alter judgment.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Amy Yacisin
      Deputy Clerk