**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TONY HOYOS HERNÁNDEZ,<br>DANIS ELY ROMERO HERNÁNDEZ, and<br>GREICEL ÁVILA-LEYVA,<br><br>*Plaintiffs,*<br>v.<br><br>MARKWAYNE MULLIN et al.,<br>*Defendants,* | **Civil Action No. 25-2344 (RBW)** |

# PLAINTIFFS' MOTION FOR CM/ECF USER NAMES AND PASSWORDS AND CONSENT TO RECEIVE ELECTRONIC NOTIFICATION

Plaintiffs Tony Hoyos Hernández, Greicel Ávila-Leyva, and Danis Ely Romero Hernández, each proceeding pro se, respectfully move pursuant to LCvR 5.4(b)(2) for authorization to receive electronic notifications and to file documents electronically in this action through the Court's CM/ECF system.

Plaintiffs are non-prisoner pro se litigants. Each Plaintiff has a valid individual email address, regular access to the Internet, and regular access to the equipment necessary to prepare, convert, transmit, receive, download, and retain court documents electronically.

Each Plaintiff is capable of receiving filings, Court orders, docket notices, and other case documents electronically on a regular basis. Each Plaintiff therefore expressly consents to electronic notification and electronic service at his or her respective email address.

The respective email addresses are:

TONY HOYOS HERNÁNDEZ
Email: tony.hoyos8789@gmail.com

GREICEL ÁVILA-LEYVA
Email: avilagreicel@gmail.com

RECEIVED
SEP 28 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

DANIS ELY ROMERO HERNÁNDEZ
Email: danisely26@gmail.com

Plaintiffs respectfully request that these respective email addresses be entered for purposes of electronic notification so that each Plaintiff may receive Notices of Electronic Filing and other electronic notices concerning this action.

Plaintiffs further respectfully request leave of Court pursuant to LCvR 5.4(b)(2) for each Plaintiff to obtain individual electronic-filing privileges and to file subsequent documents in this action electronically through CM/ECF.

This is the first request for CM/ECF filing authorization by these Plaintiffs in this action. Plaintiffs have not previously been provided electronic-filing access in this case and have not yet completed the Clerk's Office online ECF tutorial associated with this request.

Plaintiffs therefore respectfully request that, to the extent completion of the Clerk's Office online ECF tutorial, PACER registration, or any additional registration procedure is required before activation of their individual electronic-filing privileges, the Clerk provide Plaintiffs with the applicable instructions or access necessary to complete those requirements.

Each Plaintiff represents that he or she is willing and able to complete all requirements imposed by the Clerk's Office for activation of CM/ECF access and to comply with LCvR 5.4, the Court's CM/ECF procedures, and all applicable Federal and Local Rules governing electronic filing and service.

Because there are three separate pro se Plaintiffs, Plaintiffs respectfully request that electronic-notification and electronic-filing privileges be established individually for

Tony Hoyos Hernández, Greicel Ávila-Leyva, and Danis Ely Romero Hernández using their respective email addresses identified above.

WHEREFORE, Plaintiffs respectfully request that the Court:

1. authorize Tony Hoyos Hernández, Greicel Ávila-Leyva, and Danis Ely Romero Hernández to receive electronic notices and Notices of Electronic Filing at their respective email addresses;
2. grant each Plaintiff leave pursuant to LCvR 5.4(b)(2) to obtain individual CM/ECF electronic-filing privileges in this action;
3. direct or permit the Clerk to provide Plaintiffs with any required instructions, tutorial access, PACER-registration instructions, or other steps necessary to activate those individual electronic-filing privileges; and
4. grant such other procedural relief as may be necessary to permit each Plaintiff to receive and submit filings electronically in this action.

**Respectfully submitted,**

______________________________
Tony Hoyos Hernández
3129 W 72 Terra
Hialeah, Florida 33018
Email: tony.hoyos8789@gmail.com

______________________________
Danis Ely Romero Hernández
3 Hemlock Radial Pass, Unit 1
Ocala, Florida 34472
Email: danisely26@gmail.com

______________________________
Greicel Ávila-Leyva
1961 Golden Gate Blvd. E
Naples, Florida 34120
Email: avilagreicel@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2026, a true and correct copy of the foregoing was electronically served upon all counsel of record and registered parties through the Court's CM/ECF electronic filing and notification system.

TONY HOYOS HERNÁNDEZ
Pro Se Plaintiff

GREICEL ÁVILA-LEYVA
Pro Se Plaintiff

DANIS ELY ROMERO HERNÁNDEZ
Pro Se Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TONY HOYOS HERNÁNDEZ,<br>DANIS ELY ROMERO HERNÁNDEZ, and<br>GREICEL ÁVILA-LEYVA,<br><br>*Plaintiffs,*<br>v.<br><br>MARKWAYNE MULLIN et al.,<br>*Defendants,* | **Civil Action No. 25-2344 (RBW)** |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Electronic Notification and CM/ECF Filing Access, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that all three pro se Plaintiffs are authorized to receive electronic notifications at their respective email addresses and to obtain individual CM/ECF electronic-filing privileges in this action, subject to completion of any registration or procedural requirements required by the Clerk of Court.

**SO ORDERED.**

Date: ___________________

REGGIE B. WALTON
United States District Judge